1084

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00103-1, Linda C. Krese, J., entered January 24, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, A.C.J., and Ellington, J.

*In the Matter of the Dependency of* C.R.C., ET AL.
CATHLEEN CLEVELAND, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 00-7-04144-4, Patricia H. Clark, J., entered April 11, 2001. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, A.C.J., and Kennedy, J.

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WILLIAM JOYNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-00430-8, Gerald L. Knight, J., entered April 25, 2001. *Affirmed* by unpublished per curiam opinion.

GARY GRIGGS, ET AL., *Appellants*, v. CASCADE RIVER COMMUNITY CLUB, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-2-00451-9, John M. Meyer, J., entered April 13, 2001. *Reversed* by unpublished opinion per Coleman, J., concurred in by Agid and Schindler, JJ.